FILED

Mar 02 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ melindaw   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

October 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. '23 CR0366 AJB |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 841(a)(1) and 846 – Conspiracy to Possess with the Intent to Distribute Controlled Substances; Title 21, U.S.C., Sec. 841(a)(1) – Possession of Controlled Substances with Intent to Distribute; Title 18, U.S.C., Sec. 924(c)(1)(A) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime; Title 18, U.S.C., Sec. 2 – Aiding and Abetting; Title 21, U.S.C., Sec. 853, Title 18, U.S.C., Sec. 924(d), and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |
| MARCOS REYES (1), JOSE ANTONIO SANTANA (2), | |
| Defendants. | |

The grand jury charges:

Count 1

Beginning on a date unknown and continuing up to and including January 21, 2023, within the Southern District of California and elsewhere, defendants MARCOS REYES and JOSE ANTONIO SANTANA, did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to possess with the intent to distribute 500 grams and more, to wit: approximately 1.8 kilograms (4 pounds) of a mixture and substance containing a detectable amount of methamphetamine; a Schedule II Controlled

MGW:nlv(1):San Diego:3/1/23

1  Substances; all in violation of Title 21, United States Code,
2  Sections 841(a)(1) and 846.

### Count 2

On or about January 21, 2023, within the Southern District of California, defendants MARCOS REYES and JOSE ANTONIO SANTANA, in furtherance of a drug trafficking crime, namely possessing with intent to distribute methamphetamine as charged in Count One, did knowingly possess a firearm, that is, an unserialized, .40 caliber semi-automatic handgun loaded with three rounds of .40 caliber Smith and Wesson ammunition; in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

### Count 3

On or about January 21, 2023, within the Southern District of California, defendant JOSE ANTONIO SANTANA, did knowingly and intentionally possess, with intent to distribute, 400 grams and more, to wit: approximately 4 kilograms (9 pounds) of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl); a Schedule II Controlled Substances; in violation of Title 21, United States Code, Section 841(a)(1).

### Count 4

On or about January 21, 2023, within the Southern District of California, defendant JOSE ANTONIO SANTANA, did knowingly and intentionally possess, with intent to distribute, 1 kilogram and more, to wit: approximately 1.1 kilograms (2.6 pounds) of a mixture and substance containing a detectable amount of heroin; a Schedule I Controlled Substances; in violation of Title 21, United States Code, Section 841(a)(1).

Count 5

On or about January 21, 2023, within the Southern District of California, defendant JOSE ANTONIO SANTANA, did knowingly and intentionally possess, with intent to distribute, 500 grams and more, to wit: approximately 1 kilogram (2.5 pounds) of a mixture and substance containing a detectable amount of methamphetamine; a Schedule II Controlled Substances; in violation of Title 21, United States Code, Section 841(a)(1).

Count 6

On or about January 21, 2023, within the Southern District of California, defendant JOSE ANTONIO SANTANA, in furtherance of a drug trafficking crime, namely possessing with intent to distribute fentanyl, heroin, and methamphetamine as charged in Counts 3, 4, and 5, did knowingly possess firearms, that is, a Black Rain, model 15, .556 AR-15 rifle, serial number SM037708, a Bushmaster model Carbon 15, .556 AR-15 rifle, serial number E09299, and Ruger, model MK2 .22 caliber handgun, serial number 21604618 with 10 rounds of .22 caliber Winchester ammunition; all in violation of Title 18, United States Code, Section 924(c)(1)(A).

FORFEITURE ALLEGATIONS

1. The offenses alleged above are realleged and incorporated by reference for the purpose of alleging forfeiture to the United States of America pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of one and more of the felony offenses alleged in Counts 1 and 3 through 5 of this Indictment, said violations being punishable by imprisonment for more than one year, and pursuant to

Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants MARCOS REYES and JOSE ANTONIO SANTANA shall forfeit to the United States all rights, title and interest in any and all property constituting, and derived from, any proceeds the defendants obtained, directly and indirectly, as the result of the offenses, and any and all property used and intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 and 3 through 5 of this Indictment. The property to be forfeited includes, but is not limited to:

    a. an unserialized .40 caliber semi-automatic handgun;
    b. three .40 caliber cartridges manufactured by Smith and Wesson;
    c. a Black Rain, model 15, .556 AR-15 rifle, serial number SM037708;
    d. a Bushmaster model Carbon 15, .556 AR-15 rifle, serial number E09299;
    e. a Ruger, model MK2 .22 caliber handgun, serial number 21604618;
    f. 10 rounds of .22 caliber Winchester ammunition;
    g. an upper for an AR .556 rifle;
    h. five AR-15 magazines;
    i. 15 miscellaneous firearms components [slides and barrels];
    j. 14 .223 caliber cartridges manufactured by Federal Ammunition;
    k. 133 miscellaneous firearms casings and cartridges;
    l. two Glock/ATS style magazines; and
    m. two Point Blank bullet-proof vests.

3.  Upon conviction of one and more of the offenses alleged in Counts 1 through 6 of this Indictment, defendants MARCOS REYES and JOSE ANTONIO SANTANA shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses. The property to be forfeited includes, but is not limited to the following:

a. an unserialized .40 caliber semi-automatic handgun;
b. three .40 caliber cartridges manufactured by Smith and Wesson;
c. a Black Rain, model 15, .556 AR-15 rifle, serial number SM037708;
d. a Bushmaster model Carbon 15, .556 AR-15 rifle, serial number E09299;
e. a Ruger, model MK2 .22 caliber handgun, serial number 21604618;
f. 10 rounds of .22 caliber Winchester ammunition;
g. an upper for an AR .556 rifle;
h. five AR-15 magazines;
i. 15 miscellaneous firearms components [slides and barrels];
j. 14 .223 caliber cartridges manufactured by Federal Ammunition;
k. 133 miscellaneous firearms casings and cartridges;
l. two Glock/ATS style magazines; and
m. two Point Blank bullet-proof vests.

//
//

5

4. If any of the above-described forfeitable property, as a result of any act or omission by the defendants:

    a.   cannot be located upon the exercise of due diligence;
    b.   has been transferred or sold to, or deposited with, a third party;
    c.   has been placed beyond the jurisdiction of the Court;
    d.   has been substantially diminished in value; or
    e.   has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above-described forfeitable property. All pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

DATED: March 2, 2023.

RANDY S. GROSSMAN
United States Attorney

By: _____
MICHAEL G. WHEAT
Assistant U.S. Attorney

6